UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| The Cincinnati Insurance Company, ) | |
| ) | C.A. No. 8:09-1507-HMH |
| Plaintiff, ) | |
| ) | |
| v.  ) | **OPINION & ORDER** |
| ) | |
| Pace Electric Company, Inc.; Pace ) | |
| Communications Group, Inc.; DBKB ) | |
| Properties, LLC; Donald C. Brown and ) | |
| Kathey M. Brown, ) | |
| ) | |
| Defendants. ) | |

DBKB Properties, LLC ("DBKB") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  DBKB is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 10, 2009

1